BENOIT WASSERMAN, Appellant, *v.* CHARLES P. BACON, Respondent.

*Wasserman* v. *Bacon*, 105 App. Div. 632, affirmed.
(Argued May 22, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 31, 1905, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to charge defendant as undis-

closed principal for goods sold and delivered to his alleged agent.

*Ira Leo Bamberger* and *Sidney Lowenthal* for appellant.

*David B. Hill, Edward S. Griffing* and *William F. McCombs, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.